## THIRD DISTRICT.

No. 33. Decatur and Springfield R. R. Co. v. Ervin et al. The defendants in error recovered of the plaintiff in error a sum found to be due for rebate upon certain shipments of grain. The record being brought here, the question is presented whether the contracts under which the defendant below agreed to make the rebate were valid and binding as between the parties thereto. The Supreme Court has settled the point involved adversely to the plaintiff in error : T. W. & W. R. R. Co. v. Elliott et al., 76 Ill. 67; The P. D. & E. Ry. Co. v. Cecil et al., 112 Ill. 180. The judgment is therefore affirmed. Opinion Per Curiam. Judge below, J. W. Wilkin. Attorneys, for appellant, Mr. James A. Eads; for appellee, Mr. C. C. Clark and Messrs. Nelson & Harnsberg. Opinion filed Jan. 6, 1886.

No. 10. Douglass et al. v. McCord et al. This case was here at a former term—12 Bradwell, 278. The bill as originally framed, was upon the theory that complainants had a lien as subcontractors, and as it appeared there was but little due under the contract, it was held the decree in favor of complainants for the full amount of their bill could not stand. After the cause was remanded the circuit court granted leave to amend the bill so as to charge that the contract was made directly with the lot owners for the materials in question, in pursuance of a provision in the contract between the lot owners and the builder that the former should pay for the materials used in the construction of the house to the parties furnishing the same. Upon the second hearing the issues were found for complainants and a decree was entered in the usual form for $393.77. The sole question for decision is whether there was sufficient evidence to warrant the decree. Affirmed. Opinion by Wall, P. J. Judge below, C. B. Smith. Attorneys, for appellants, Mr. S. R. Reed; for appellee. Mr. W. G. Cloyd and Messrs. Lodge & Huston. Opinion filed Jan. 6, 1886.